JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>MAXIM LIGHTING<br><br>　　　　Defendant | **Case No. CV 14-02489 ABC (MANx)**<br><br>[~~PROPOSED~~] ORDER TO ENTER CONSENT DECREE |

　　　The United States lodged a Consent Decree in this matter with the court on April 2, 2014, ("Consent Decree") pending a thirty (30)-day public comment period (Docket No. 2). On May 16, 2014, the United States informed the court that it received no adverse comments on the settlement and requested that the court enter the Consent Decree as a final order of the court. For the reasons set forth in the United States' Unopposed Request for Entry of the Consent Decree and for good cause shown, the Consent Decree is approved and shall be a final judgment between and among the United States and Maxim Lighting under Fed. R. Civ. P. 58.

　　　So Ordered this 20 day of May 2014.

*Audrey B. Collins*

_____
Audrey B. Collins
United States District Court Judge

Order to Enter Consent Decree　　　　　　　　　　　　　　　　　　　　　　　　　1